IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNIFER N. ARMSTRONG,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:15-cv-289

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION (DOC. 12) FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA"); AND (2) AWARDING PLAINTIFF EAJA FEES IN THE AMOUNT OF $3,652.05**

---

This Social Security disability benefits appeal is before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $3,652.05; and for reimbursement of costs in the amount of $400.00. Doc. 12. The Commissioner filed a response indicating that she does not object to Plaintiff's motion. Doc. 13. Because all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** Plaintiff's unopposed motion for an EAJA fee award (doc. 12); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $3,652.05, and reimbursement of costs in the amount of $400.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date: 4.11.16

Walter H. Rice
United States District Judge